

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | CIVIL ACTION NO. |
| Plaintiff, | ) ) ) | **1:07CV3104** |
| v. | ) ) ) | **JUDGE ADAMS** |
| | ) ) | COMPLAINT AND JURY TRIAL DEMAND |
| NOVIS MARINE, LTD. | ) ) ) | |
| and | ) ) | |
| TARTAN C & C OF OHIO, LTD. | ) ) ) | |
| Defendants. | ) ) ) | MAG. JUDGE LIMBERT |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. §2000e, et seq), ("Title VII") and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices that discriminate on the basis of race, Black, and to provide appropriate relief to John Sams who was adversely affected by such practices. As articulated with greater particularity in Paragraph 7 below, the Commission alleges that while Mr. Sams was employed by the Defendants, Novis Marine, LTD and Tartan C&C of Ohio, LTD, he was harassed and subjected to different terms and conditions of employment and then discharged by the Defendants because of his race, Black.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451. 1331. 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f) (1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991. 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Ohio. Eastern Division.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission ( "Commission"). is the Agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f) (1) and (3) of Title VII. 42 U.S.C. § 2000e-5(f)(1) and (3).

4.      At all relevant times, Defendants Novis Marine. LTD and Tartan C&C of Ohio, LTD (the "Employer") have continuously been Ohio corporations doing business in the State of Ohio and City of Fairport Harbor and have continuously had at least 15 employees.

5.      At all relevant times. Defendants Employer, have continuously been employers engaged in an industry affecting commerce within the meaning of Section 701 (b). (g) and (h) of Title VII, 42 U.S.C. § 2000e (b), (g) and (h).

## STATEMENT OF CLAIMS

6.      More than thirty days prior to institution of this lawsuit. John Sams filed charges with the Commission alleging violations of Title VII by Defendants Employer. All conditions precedent to the institution of this suit have been fulfilled.

7.      Since at least on or about February 23. 2006. Defendants Employer engaged in unlawful employment practices in Fairport Harbor. Ohio. in violation of Section 703 of Title VII,

42 U.S.C. §2000e-2.

a)   John Sams was hired in February 2006 as an employee of the Defendants who jointly did business in Fairport Harbor, Ohio. The Defendants were engaged in the same business, the construction of water craft, had the same ownership and management and jointly employed Mr. Sams.

b)   During his employment Mr. Sams was harassed by his co-workers and supervisors. Throughout his tenure with Defendants, he was referred to as "boy" and other racially derogatory terms. He was subjected to a work environment that was racially hostile.

c)   During his employment Mr. Sams was subjected to different terms and conditions of employment, because of his race. His work was subjected to more scrutiny and evaluated differently then his White co-workers. He was given incomplete and or inaccurate instructions when tasks were assigned by his White supervisors.

d)   On or about May 5, 2006 the Defendants terminated Mr. Sams' employment. Mr. Sams was discharged because of his race, Black.

8.   The effect of the practices complained of above has been to deprive John Sams of equal employment opportunities and to otherwise adversely affect his status as an employee due to impermissible considerations of his race, Black.

9.   The unlawful practices complained of above were intentional.

10.   The unlawful employment practices complained of above were undertaken with malice and/or reckless indifference to the federally protected rights of John Sams.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants Employer. their officers, successors, assigns and all persons in active concert or participation with them, from discriminating against individuals by the implementation of practices and policies which discriminate on the basis of race.

B. Order Defendants Employer to institute and carry out policies, practices and programs which provide equal employment opportunities for persons regardless of race and which eradicate the effects of their past and present unlawful employment practices.

C. Order Defendants Employer to institute and carry out a complaint procedure which encourages employees to come forward with complaints regarding violations of policies against discrimination, harassment and retaliation.

D. Order Defendants Employer to make whole John Sams, by providing appropriate backpay with prejudgment interest. in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of their unlawful employment practices.

E. Order Defendants Employer to make whole John Sams, by providing compensation for past and future pecuniary losses. in amounts to be proven at trial.

F. Order Defendants Employer to make whole John Sams by providing compensation for non-pecuniary losses in amounts to be proven at trial.

G. Grant an Order assessing punitive damages against Defendants Employer for its malicious and reckless conduct described herein above in amounts to be determined at trial.

H. Grant such further relief as the Court deems necessary and proper in the public interest.

I.. Award the Commission its costs in this Action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington, DC 20507

JACQUELINE H. McNAIR
Regional Attorney
Philadelphia District Office
801 Market Street, Penthouse Suite 1300
Philadelphia, PA 19106

C. Larry Watson
Associate Regional Attorney
Registration No. 0031443
larry.watson@eeoc.gov

Solvita A. McMillan
Senior Trial Attorney
Registration No. 0040011
solvita.mcmillan@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Cleveland Field Office
Anthony J. Celebrezze Office Building
1240 East Ninth Street    Suite 3001
Cleveland, Ohio  44199
(216) 522-7676
(216) 522-7430 fax